UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD KERMAN,

                Plaintiff,

-v.-

BOY SCOUTS OF AMERICA and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA,

                Defendants.

20 Civ. 1506 (KPF)

SCHEDULING ORDER

KATHERINE POLK FAILLA, District Judge:

    Defendant Boy Scouts of America removed this suit from the Supreme Court of the State of New York, County of New York to this Court on February 20, 2020. (Dkt. #1). The Court understands that the action is automatically stayed as to Defendant Boy Scouts of America pursuant to 11 U.S.C. § 362, as a result of its bankruptcy filing. (Dkt. #10). The Court also understands that an order by the United States Bankruptcy Court for the District of Delaware stayed this action as to Defendant Greater New York Councils, Boy Scouts of America, from March 30, 2020, to May 18, 2020. (*Id.*). Plaintiff and Defendant Greater New York Councils, Boy Scouts of America are hereby ORDERED to file a joint status letter with the Court on or before May 29, 2020, regarding the status of the stay imposed by the Bankruptcy Court for the District of Delaware and proposing next steps in this proceeding.

    SO ORDERED.

Dated:     May 21, 2020
              New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge