UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD KERMAN,

               Plaintiff,

      -v.-                        20 Civ. 1506 (KPF)

BOY SCOUTS OF AMERICA and           **ORDER**
GREATER NEW YORK COUNCILS,
BOY SCOUTS OF AMERICA,

               Defendants.

KATHERINE POLK FAILLA, District Judge:

      On December 3, 2021, the Court received notice of the entry of the Order Approving the Sixth Stipulation by the United States Bankruptcy Court for the District of Delaware. (Dkt. #22). This Order further extended the stay of the proceedings in this action up to and including the date of the first omnibus hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan. (*Id.* at 1-2).

      In light of this notice, the Court hereby extends the stay in this case until the earlier of six months from the date of the entry of this Order or the first omnibus hearing following the Bankruptcy Court's decision on the Plan. In the event that the omnibus hearing has not occurred within six months from the date of the entry of this Order, the parties are ORDERED to file a joint status update on June 6, 2022.

SO ORDERED.

Dated: December 6, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge